DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANA TERESA PENA,**
Appellant,

v.

**ATTILA TINICS,**
Appellee.

No. 4D18-3276

[July 18, 2019]

Appeal of a non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Andrea Ruth Gundersen, Judge; L.T. Case No. FMCE 16-6742 (41/93).

Jorge Garcia-Menocal of Garcia-Menocal Irias & Pastori LLP, Coral Gables, for appellant.

Marcy S. Resnik and Howard N. Kahn of Kahn & Resnick, PL, Dania, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, TAYLOR and FORST, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***